IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION



FILED
2025 AUG 15 A 10: 38
U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHN HORNBUCKLE,

Petitioner,

v.

Civ. 5:24-cv-8006-LCB

Crim. 5:22-cr-78

UNITED STATES OF AMERICA,

Respondent.

### NOTIFICATION OF CHANGE OF ADDRESS TO THE COURTS

Please accept this notification that JOHN HORNBUCKLE # 96094-509 is transferring on Monday August 18th, 2025, from PENSACOLA FPC located at P.O. Box 3949 Pensacola Florida 32516 to The Satellite Camp MCCREARY USP P.O. BOX 3000 PINE KNOT, KY 42635. The Pensacola Camp is completely closing, which is why Mr. Hornbuckle is relocating.

### SERVICE

I hereby certify that a copy of this motion was served on the Clerk of Court, Greer M. Lynch, US DISTRICT COURT for the NORTHERN DISTRICT of ALABAMA

## CERTIFICATE OF NOTICE OF SERVICE

JUDGE OF THE DISTRICT COURT OF ALABAMA, HONORARY LILES C. BURKE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION

Respectfully,

John Hornbuckle Pro Se
96094-509